UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Government,      :     16 CR. 500 (RMB)

       - against -               :     **ORDER**

KARL SORIANO TORRES,
                        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

The conference currently scheduled for Wednesday, January 8, 2020, at 11:00 a.m. is hereby rescheduled to Wednesday, January 15, 2020, at 11:00 a.m.

Dated: New York, New York
         January 7, 2020

                                            **RICHARD M. BERMAN**
                                                U.S.D.J.