## SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

MANHATTAN
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

LONG ISLAND
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/21

May 20, 2021

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Karl Soriano Torres*
      Docket No.: 16-CR-500

Dear Judge Berman:

I am counsel to Defendant Karl Soriano Torres in the above-referenced case. We are next scheduled for a conference with Your Honor on June 3, 2021. At that time, we anticipate making a request for early termination of Mr. Soriano Torres' term of supervised release.

I write, at this time, to respectfully ask you to consider amending Mr. Soriano Torres' conditions of supervision to allow him to travel to Mexico from May 25-28, 2021. As Your Honor may recall, Mr. Soriano Torres is a musical artist. His record label has requested that Mr. Soriano Torres travel to Guadalajara, Mexico to film a music video with another artist from May 26-27. The information provided by Mr. Soriano Torres' label is as follows:

**Shoot Date:** May 26 & May 27
**Time:** 12pm - 6pm local time each day

**Location of video shoot:**
Any Place to Film
ciudad queretaro 312
Zapopan, Jalisco, Mexico 45120
https://www.instagram.com/anyplacetofilm/

**Accommodations:**
Presidente InterContinental Guadalajara
Avenida Lopez Mateos y Moctezuma,

1

Guadalajara, Mexico 45050
https://www.presidenteicguadalajara.com/

We have conferred with Mr. Soriano Torres' supervising Probation Officer, Ivelisse Alonso-Mendez, who does not object to this request. According to Ms. Alonso-Mendez, Mr. Soriano Torres has continued to remain compliant with all of the terms of his supervision. The government, by AUSA David Abramowicz, similarly does not object.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

cc: AUSA Alexander Rossmiller, Esq.
AUSA David Abramowicz, Esq.
P.O. Ivelisse Alonso-Mendez

---

Application granted.

SO ORDERED:
Date: 5/20/21 /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.