**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                  16 CR. 500 (RMB)

 -against-

                  **ORDER**

KARL SORIANO TORRES
     Defendant.
------------------------------------------------------------X

  Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Soriano Torres' dedicated compliance with supervised release, including, but not limited to, his successful completion of supervision, his employment as a popular singer, his stable residence, and his motivational community service involving his fans, all during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective August 12, 2021 is warranted. The Court finds that Mr. Soriano Torres has conducted himself in an exemplary and law abiding fashion and met all the requirements (conditions) of his supervision.  See transcript of proceedings held on August 12, 2021 for a complete record.

Dated: August 12, 2021
   New York, NY

                  _____
                    RICHARD M. BERMAN
                      U.S.D.J.

*Certificate of Early Completion of Supervised Release*

*To acknowledge fulfillment of the terms and conditions of Karl Soriano Torres' supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. Soriano Torres' further supervised release obligations in accordance with*

*18 U.S.C. § 3583(e)(1).*

*Congratulations for a job well done.*

*August 12, 2021*

_____
*Richard M. Berman*
*U.S. District Judge*